```
                   UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
KAREEM ALI,                         :
                                    :
        Petitioner,                 :   Civ. No. 19-18403 (NLH)
                                    :
    v.                              :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
BRUCE DAVIS,                        :
                                    :
        Respondent.                 :
_____ :

APPEARANCE:

Kareem Ali
793553-B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    Petitioner Pro se

Jill S. Mayer, Acting Camden County Prosecutor
Maura Murphy Sullivan, Acting Assistant Prosecutor
Camden County Prosecutor's Office
200 Federal Street
Camden, NJ 08103

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Kareem Ali filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, Respondent moves to dismiss the petition as untimely, ECF No. 10; and

    WHEREAS, Petitioner requests an extension to file opposition to the motion, ECF No. 13,

THEREFORE, IT IS on this <u>  14th  </u> day of <u>December</u>, 2020

ORDERED that Petitioner's request for an extension, ECF No. 13, is granted.  Plaintiff's opposition is due January 8, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey         <u>  s/ Noel L. Hillman  </u>
                              NOEL L. HILLMAN, U.S.D.J.