UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY

_____ :
                                :
KAREEM ALI,                     :
                                :
          Petitioner,           :   Civ. No. 19-18403 (NLH)
                                :
     v.                         :   **MEMORANDUM OPINION & ORDER**
                                :
                                :
                                :
BRUCE DAVIS,                    :
                                :
          Respondent.           :
_____ :

APPEARANCE:

Kareem Ali
793553-B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

     Petitioner Pro se

Jill S. Mayer, Acting Camden County Prosecutor
Maura Murphy Sullivan, Acting Assistant Prosecutor
Office of the County Prosecutor
200 Federal Street
Camden, NJ 08103

     Attorneys for Respondent

HILLMAN, District Judge

     WHEREAS, Petitioner Kareem Ali filed a petition for writ of

habeas corpus pursuant to 28 U.S.C. § 2254 challenging his

Camden County conviction for first-degree aggravated assault,

see ECF No. 1; and

WHEREAS, Respondent moved to dismiss the petition as time-barred, ECF Nos. 10 & 11.  In connection with that motion, Respondent filed a motion to seal the habeas proceedings under Local Civil and Criminal Rule 5.3, see ECF No. 12; and

WHEREAS, the Court acknowledged the importance in protecting a minor victim's privacy, however it denied the motion to seal the entire case because sealing the entire case from public view would keep hidden documents that did not disclose private information and unduly infringe on Petitioner's right to have a public process on the decision of his habeas petition, ECF No. 18; and

WHEREAS, the Court permitted the unredacted documents to remain under a temporary seal in order to give Respondent time to submit redacted documents, id.; and

WHEREAS, Respondent thereafter filed an amended motion to dismiss the § 2254 petition with redacted documents, ECF No. 19; and

WHEREAS, the Court kept the unredacted documents under a permanent seal, ECF No. 11, as those documents contain identifying information of the minor victim, Local Civ. R. 5.3; and

WHEREAS, Petitioner's original filing remains under seal, ECF No. 1; and

WHEREAS, it appears the submitted petition does not contain any confidential information.  The exhibits are state court orders and opinions that are accessible on online legal research services.  Accordingly, the Court will lift the seal on the petition and exhibits as they do not qualify for sealing under Local Civil Rule 5.3; and

WHEREAS, the Court will permit the parties to submit any objections before lifting the seal,

THEREFORE, IT IS on this 16th day of February, 2022

ORDERED that the parties shall submit any objection to the Court's lifting the seal on the petition for writ of habeas corpus, ECF No. 1, within 21 days of this Order; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


                                        s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.